UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BUENAFE, | No. 2:13-cv-0771 DAD P |
| Plaintiff, | |
| v. | ORDER |
| CAPTAIN FALLE et al., | |
| Defendants. | |

By order filed February 19, 2014, plaintiff's amended complaint was dismissed and he was granted leave to file a second amended complaint within thirty days. Thirty days from that date have now passed, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated: April 2, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
buen0771.fta

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 5)

1